KAREN P. HEWITT
United States Attorney
CAROL M. LEE
Assistant U.S. Attorney
California State Bar No. 219246
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6235
Facsimile: (619) 557-5004
Email: carol.lee@usdoj.gov

Attorneys for U.S. Postal Service

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EVA SANDERS,

          Plaintiff,

vs.

UNITED STATES POSTAL SERVICE,

          Defendant.

Case No. '08 CV 0716 L POR

**NOTICE OF REMOVAL OF CIVIL ACTION**

Removed from Small Claims Court
of California
County of San Diego
Case No.: 37-2008-00001091-SC-CTL

       The United States of America, by and through the U.S. Postal Service, by its attorneys Karen P. Hewitt, United States Attorney, and Carol M. Lee, Assistant United States Attorney, hereby respectfully notices the removal of the above-captioned civil action from the Small Claims Court of California, County of San Diego. Removal is noticed upon the following grounds:

       1.    The U.S. Postal Service ("USPS") is named as a defendant in the above-captioned case, originally filed in Small Claims Court of California, County of San Diego, Case No.: 37-2008-00001091-SC-CTL. USPS received notification of the existence of this action on or about March 27, 2008. Neither the United States Attorney nor the Attorney General has been served with the summons and complaint.

       2.    Removal of this case is appropriate under 28 U.S.C. §§ 1441, 1442, and 1446, because an agency of the United States is a defendant in the action. Section 1442(a)(1) provides for removal in cases commenced in a state court against the United States, its agencies and officers. Accordingly, this

suit is properly subject to removal, without bond, under 28 U.S.C. § 1442(a)(1), since the action to be removed is pending in a state court located within this federal judicial district.

3. As a further basis for removal, it is also anticipated that the USPS may raise several defenses to the complaint, including but not limited to the following: (1) the United States' sovereign immunity as a defense to certain claims; (2) the failure of Plaintiff to exhaust her administrative remedies; and (3) the exception to the Federal Tort Claims Act for claims arising out of the loss, miscarriage, or negligent transmission of letters or postal matter pursuant to Title 28, United States Code, Section 2680(b).

4. A copy of the Plaintiff's Complaint is attached as Exhibit 1 and filed herewith in compliance with the provisions of 28 U.S.C. § 1446(a).

WHEREFORE, this action now pending in the Small Claims Court for the County of San Diego, State of California, is hereby properly removed therefrom to this Court.

DATED: April 18, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

CAROL M. LEE
Assistant U.S. Attorney

2008V00219

03/21/2008  08:01    8585381    POSTMASTER    PAGE 01

*1st Rcut*

**SC-100** — **Plaintiff's Claim and ORDER to Go to Small Claims Court**

CALENDAR DOCKETS SECY

Clerk stamps date here when form is filed.

**Notice to the person being sued:**
- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**
- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

Fill in court name and street address:
Superior Court of California, County of
San Diego
8350 Clairemont Mesa Blvd.
San Diego, CA 92123

Clerk fills in case number and case name:
Case Number: 37-2008-00001031-SC-SC-CTL
Case Name: Sanders vs. U.S. Postal Service Legal

**Order to Go to Court**

The people in ① and ② must go to court on: *(Clerk fills out section below.)*

| Trial Date | | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|---|
| | 1. | 05/02/2008 | 01:15:00 PM | KM-2 | |
| | 2. | | | | |
| | 3. | | | | |

REQUEST FOR CONTINUANCE MUST INCLUDE A $10.00 FEE AND BE SUBMITTED AT LEAST 10 DAYS BEFORE TRIAL DATE

Date: 02/21/2008    Clerk by, _____, Deputy

**Instructions for the person suing:**
- You are the Plaintiff. The person you are suing is the Defendant.
- Before you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: www.courtinfo.ca.gov/forms
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Rev. January 1, 2007, Mandatory Form
Code of Civil Procedure §§ 116.110 et seq.

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5 →

Exhibit 1

03/21/2008  08:01   85853████81                POSTMASTER                                    PAGE  02

Plaintiff (list names): Eva Sanders

Case Number: 37-2008-00001091-SC-SC-CTL

1. **The Plaintiff (the person, business, or public entity that is suing) is:**
   Name: Eva Sanders                                    Phone: 619-894-8878
   Street address: 5027 University Ave #9, San Diego, CA 92105
   Mailing address (if different):
   If more than one Plaintiff, list next Plaintiff here:
   Name: _____                                 Phone: _____
   Street address: _____
   Mailing address (if different): _____
   ☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.
   ☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103

2. **The Defendant (the person, business, or public entity being sued) is:**
   Name: U.S. Postal Services Legal                     Phone: 858-577-3655
   Street address: 10000 Willow Creek Road, San Diego, CA 92131
   Mailing address (if different):
   If more than one Defendant, list next Defendant here:
   Name: _____                                 Phone: _____
   Street address: _____
   Mailing address (if different): _____
   ☐ Check here if more than 2 Defendants and attach Form SC-100A.
   ☐ Check here if any Defendant is on active military duty, write his or her name here: _____

3. **The Plaintiff claims the Defendant owes $ 500.00                . (Explain below):**
   a. Why does the Defendant owe the Plaintiff money? Paid for a deliver that was never mailed nor received by addressee nor Postal Services there but yet a print out in SD exist why.
   
   By time and their ignore of the complaint or claim
   
   b. When did this happen? (Date): __12/07/2007__
      If no specific date, give the time period: Date started: _____  Through: _____
   c. How did you calculate the money owed to you? (Do not include court costs or fees for service.)

   ☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

   Rev. January 1, 2008          **Plaintiff's Claim and ORDER**          SC-100, Page 2 of 5
                                 **to Go to Small Claims Court**                →
                                       **(Small Claims)**

03/21/2008  08:01    8585■■■381                POSTMASTER       ●                     PAGE  03

Plaintiff (list names): Eva Sanders

Case Number:
37-2008-00001091-SC-SC-CTL

④ You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.
   Have you done this? [X] Yes  ☐ No
   If no, explain why not: _____

⑤ Why are you filing your claim at this courthouse?
   This courthouse covers the area (check the one that applies):
   a. [X]  (1) Where the Defendant lives or does business.    (4) Where a contract (written or spoken) was made,
           (2) Where the Plaintiff's property was damaged.        signed, performed, or broken by the Defendant or
           (3) Where the Plaintiff was injured.                   where the Defendant lived or did business when
                                                                  the Defendant made the contract.
   b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim
        is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc.,
        § 395(b).)
   c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about
        a retail installment contract (like a credit card). (Civil Code, § 1812.10.)
   d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle
        is permanently garaged, if this claim is about a vehicle finance sale. (Civil Code, § 2984.4.)
   e. ☐ Other (specify): _____

⑥ List the zip code of the place checked in ⑤ above (if you know): 92199
⑦ Is your claim about an attorney-client fee dispute? ☐ Yes  [X] No
   If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here: ☐
⑧ Are you suing a public entity? [X] Yes  ☐ No
   If yes, you must file a written claim with the entity first.  ☐ A claim was filed on (date): _____
   If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.
⑨ Have you filed more than 12 other small claims within the last 12 months in California?
   ☐ Yes  [X] No  If yes, the filing fee for this case will be higher.
⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.
⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in
   California during this calendar year.
   I declare, under penalty of perjury under California State Law, that the information above and on any attachments to
   this form is true and correct.

Date: 02/21/2008    Eva Sanders                         ORIGINAL SIGNATURE ON FILE
                    Plaintiff types or prints name here  Plaintiff signs here

Date: _____    _____                 _____
                    Second Plaintiff (if two) types or prints name here   Second Plaintiff signs here

Requests for Accommodations
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter
services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form
MC-410, Request for Accommodations by Persons With Disabilities and Order. (Civil Code, § 54.8.)

Rev. January 1, 2008            Plaintiff's Claim and ORDER                    SC-100, Page 2 of 2
                                  to Go to Small Claims Court
                                        (Small Claims)

## SC-100 — Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500. The process is quick and cheap. The rules are simple and informal.
You are the Defendant — the person being sued. The person who is suing you is the Plaintiff.

**Do I need a lawyer?**
You may talk to a lawyer before or after the case. But you may not have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?**
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and any evidence that supports your case. And read "Get Ready for Court" at:
www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm

**What if I need an accommodation?**
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?**
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

**Where can I get the court forms I need?**
Go to any courthouse or your county law library, or print forms at: www.courtinfo.ca.gov/forms

**What happens at the trial?**
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?**
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were not at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see:
www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm

**Do I have options?**
Yes. If you are being sued, you can:

- Settle your case before the trial. If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- Prove this is the wrong court. Send a letter to the court before your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- Go to the trial and try to win your case. Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107 and the clerk will subpoena (order) them to go.
- Sue the person who is suing you. File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- Agree with the Plaintiff's claim and pay the money. Or, if you can't pay the money now, go to your trial and say you want to make payments.
- Let the case "default." If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), or
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), or
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court and to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.

Hotline: (619) 236-2471
East Division: 250 East Main Street, El Cajon, CA 92020
Central Division: 8950 Clairemont Mesa Blvd, San Diego, CA 92123
North Division: 325 S. Melrose Drive, Vista, CA 92081
South Division: 500 3rd Ave, Chula Vista, CA 91910

Or go to "County-Specific Court Information" at:
www.courtinfo.ca.gov/selfhelp/smallclaims

Rev. January 1, 2006    **Plaintiff's Claim and ORDER to Go to Small Claims Court**    SC-100, Page 4 of 5
                         (Small Claims)                                               →

03/21/2008  08:01    85853█████81              POSTMASTER                    PAGE  05

## SC-100 — Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero no puede tener un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyen su caso. Y Lea "Prepárese para la corte" en:
www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/preparese.htm

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accommodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?**
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en:
www.courtinfo.ca.gov/forms

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si no estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea:
www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm

Rev. January 1, 2008

**¿Tengo otras opciones?**
Sí. Si lo están demandando, puede:

- Resolver su caso antes del juicio. Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- Probar que es la corte equivocada. Envíe una carta a la corte antes del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- Ir al juicio y tratar de ganar el caso. Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107 y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- Demandar a la persona que lo demandó. Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- Aceptar el reclamo del Demandante y pagar el dinero. O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- No ir al juicio y aceptar el fallo por falta de comparecencia. Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (Tendrá que pagar una cuota para aplazar el juicio), o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o
- Necesita más tiempo para conseguir intérprete. (Se permite un sólo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

(?) ¿Necesita ayuda? El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo:
Hotline: (619) 236-2471
East Division: 250 East Main Street, El Cajon, CA 92020
Central Division: 8950 Clairemont Mesa Blvd, San Diego, CA 92123
North Division: 325 S. Melrose Drive, Vista, CA 92081
South Division: 500 3rd Ave, Chula Vista, CA 91910

O vea "Información por condado":
www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores

**Reclamo del Demandante y ORDEN
Para ir a la Corte de Reclamos Menores
(Reclamos Menores)**

SC-100, Page 5 of 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA SANDERS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>  Defendant. | Case No. _____<br><br>CERTIFICATE OF SERVICE<br>BY U.S. MAIL |

IT IS HEREBY CERTIFIED that:

I, Jill H. Brinton, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On **April 18, 2008** I have made the below documents available for pick-up at San Diego, California, in the above-entitled action, the following:

**Notice of Removal of Civil Action from Superior Court to Federal Court**

addressed to the attorney of record,

　　　　　　　　　　　　Eva Sanders, Pro Se
　　　　　　　　　　　　5027 University Avenue, #9
　　　　　　　　　　　　San Diego, CA 92105

at the last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day of **April 18, 2008**.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jill H. Brinton

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Eva Sanders | United States Postal Service |

FILED 2008 APR 18 PM 4:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNH___ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
CAROL M. LEE
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-6235

ATTORNEYS (IF KNOWN)
'08 CV 0716 L POR

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

[x] 1 U.S. Government Plaintiff
[x] 2 U.S. Government Defendant
[x] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x]1 | [ ]1 | Incorporated or Principal Place of Business in This | [ ]4 | [x]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Removal to Federal Court

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] Marine | [ ] 310 Airplane / [ ] 362 Personal Injury-Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC | [ ] 410 Antitrust |
| [ ] Miller Act | [ ] 315 Airplane Product | [ ] 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] Negotiable Instrument | [ ] 320 Assault, Libel & / [ ] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of &Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 RR & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Product Liability | [ ] 650 Airline Regs | [ ] 840 Trademark | [ ] 470 Racketeer Influenced Corrupt Organizations |
| [ ] 152 Recovery of Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / PERSONAL PROPERTY | [ ] 660 Occupational | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of of Veterans Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 690 Other | [ ] 861 HIA (1395ff) | [ ] 850 Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Liability / [ ] 371 Truth in Lending | LABOR | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge |
| [x] Other Contract | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product | [x] 360 Other Personal / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 892 Economic |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 730 Labor/Mgmt. Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Habeas Corpus | [ ] 740 Railway Labor Act | FEDERAL TAX SUITS | [ ] 894 Energy Allocation |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 790 Other Labor | [ ] 870 Taxes (U.S. or Defendant) | [ ] 895 Freedom of |
| [ ] 230 Rent Lease & | [ ] 443 / [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Under Equal Access to |
| [ ] 240 Tort to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | | | [ ] 950 Constitutionality of |
| [ ] 245 Tort Product | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | | | [x] 890 Other Statutory |
| [ ] 290 All Other Real | [ ] 550 Civil Rights | | | |
| | [ ] 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

[ ] 1 Original Proceeding
[x] 2 Removal from State Court
[ ] 3 Remanded from Appelate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES [x] NO

## VIII. RELATED CASE(S) IF ANY (See JUDGE                     Docket Number

DATE: 4/18/08

SIGNATURE OF ATTORNEY OF RECORD
CAROL M. LEE, AUSA