1  KAREN P. HEWITT
   United States Attorney
2  CAROL M. LEE.
   Assistant U.S. Attorney
3  California State Bar No. 219246
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone:  (619) 557- 6235
   Facsimile:   (619) 557-5004
6  Email: carol.lee@usdoj.gov

7  Attorneys for Federal Defendants

8

9

10              SMALL CLAIMS COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

11

12  EVA SANDERS,                        )   Case No.: 37-2008-00001091-SC-CTL
                                        )
13              Plaintiff,              )   **NOTICE TO ADVERSE PARTY**
                                        )   **OF REMOVAL TO FEDERAL**
14       v.                             )   **COURT**
                                        )
15  UNITED STATES POSTAL SERVICE,       )
                                        )
16              Defendant.              )
    _____)

17

18  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

19       **PLEASE TAKE NOTICE** that on April 18, 2008, the above-captioned action was

20  removed to the United States District Court for the Southern District of California, through

21  the filing of a Notice of Removal of a Civil Action in the Office of the Clerk of said court,

22  at the United States Courthouse, located at 880 Front Street, San Diego, California 92101.

23  ///

24  ///

25  ///

26  ///

27

28

1     A copy of the aforesaid Notice of Removal of a Civil Action, attached as Exhibit 1, is being filed with the Clerk of the Small Claims Court of California, County of San Diego, Southern Division, located at 8950 Clairemont Mesa Boulevard, San Diego, California 92123, pursuant to 28 U.S.C. § 1446(d), thereby effecting the removal of this action to said United States District Court.

DATED: April 18, 2008

KAREN P. HEWITT
United States Attorney

CAROL M. LEE
Assistant U.S. Attorney

Attorneys for U.S. Postal Service

2

# SMALL CLAIMS COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| | |
|---|---|
| EVA SANDERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> ) <br> Defendant. ) | Civil No.: 37-2008-00001091-SC-CTL <br><br> **CERTIFICATE OF SERVICE BY MAIL** |

IT IS HEREBY CERTIFIED that:

I am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On this date, I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**
(plus Exhibit 1 attached thereto);

addressed to:

**EVA SANDERS
5027 UNIVERSITY AVENUE, #9
SAN DIEGO, CA 92105**

the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 18, 2008**.

Jill Brinton