KAREN P. HEWITT
United States Attorney
CAROL M. LEE
Assistant United States Attorney
California State Bar No. 219246
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-6235
Facsimile: (619) 557-5004
Email: Carol.Lee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA SANDERS, ) | Case No. 08cv0716 L (POR) |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION AND MOTION IN |
| ) | SUPPORT OF MOTION TO DISMISS |
| v. ) | THE COMPLAINT |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | DATE:   June 16, 2008 |
| ) | TIME:   10:30 a.m. |
| ) | JUDGE:  Hon. M. James Lorenz |
| ) | CTRM:   14 |
| Defendant. ) | |
| ) | |

TO: PLAINTIFF, PRO SE, EVA SANDERS,
    5027 UNIVERSITY AVENUE, #9 SAN DIEGO, CA 92105

PLEASE TAKE NOTICE that on June 16, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable M. James Lorenz, Defendant the United States Postal Service, through its attorneys of record, Karen P. Hewitt, United States Attorney, and Carol M. Lee, Assistant U.S. Attorney, will bring its motion to dismiss pursuant to Fed. R. Civ. P. 4(m).

Defendant's motion is based on this Notice, the accompanying Memorandum of Points and Authorities and the files and records of this case.

Dated: April 25, 2008

Respectfully submitted,

KAREN P. HEWITT
United Stated Attorney

s/Carol M. Lee
_____
E-mail: Carol.lee@usdoj.gov
CAROL M. LEE
Assistant U.S. Attorney
Attorneys for Defendant