# EXHIBIT A

KAREN P. HEWITT
United States Attorney
CAROL M. LEE
Assistant U.S. Attorney
State of California Bar No. 219246
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-6235
Facsimile:   (619) 557-5004
Email: carol.lee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA SANDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendants. | Case No. 07cv0816L<br><br>**DECLARATION OF MARY WIGGINS**<br><br>Removed from Small Claims Court of California<br>County of San Diego<br>Case No.: 37-2008-00001091-SC-CTL |

I, Mary C. Wiggins, hereby state and declare:

1.　I am employed as the Civil Process clerk for the Civil Division of the Office of the United States Attorney for the Southern District of California. I have been so employed since March, 1990. I am the only civil docket clerk for this Office.

2.　As the civil docket clerk, I am authorized to accept service of process on behalf of the United States Attorney for matters within the cognizance of the Civil Division.

3.　All summonses and complaints which are personally served on the Civil Division of this Office, or are received by mail, or otherwise left with this Office, come

directly to me for docketing. All incoming mail for the Civil Division is routed to me for necessary receipt processing, docketing (if necessary) and distribution.

4. On April 22, 2008, I made a thorough, careful and diligent search of the records, suits, complaints, and documents under my care, custody, and control. My diligent search, as just described, indicates that the United States Attorney's Office for the Southern District of California, San Diego, California, has not been served with a summons and complaint in the above-entitled matter.

5. On April 22, 2008, I contacted the United States Attorney General's Office in Washington, D.C., by telephone and I was informed by the responsible clerk there that the United States Attorney General has not been served with the summons and complaint in this case.

I declare under penalty of perjury that the foregoing is true and correct, and, if called to testify, would be able to do so as to the information set forth above.

Executed this 23rd day of April, 2008, at San Diego, California.

MARY C. WIGGINS

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVA SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

I, Gwendolyn E. Murray, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746 to the best of my knowledge and belief. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the Southern District of California.

1. I am a Tort Claim Examiner with the United States Postal Service National Tort Center, St. Louis General Law Office.

2. In that capacity, I have full access to, and regularly utilize, all Postal Service records that are maintained on each administrative claim submitted for adjudication to the Postal Service pursuant to the provisions of the Federal Tort Claims Act, §§ 1346(b) and 2671 et seq. regarding incidents that occur within the State of California.

2

3. I conducted a search of all Postal Service records of administrative tort claims submitted for adjudication maintained at the local and national levels or evidence of an administrative claim filed by the above-named plaintiff. No such claim was discovered.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of April, 2008.

By: *Gwendolyn E. Murray*
Gwendolyn E. Murray
Tort Claim Examiner
USPS Law Department
National Tort Center

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA SANDERS,<br>        Plaintiff,<br>v.<br>UNITED STATES POSTAL SERVICE,<br>        Defendant. | Case No. 08cv0716 L (POR)<br><br>CERTIFICATE OF SERVICE<br>BY U.S. MAIL |

IT IS HEREBY CERTIFIED that:

I, Jill H. Brinton, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On **April 25, 2008** I deposited in the United States Mail at San Diego, California, the above-entitled action, the following:

**Notice of Motion and Motion to Dismiss Complaint, Memorandum of Points and Authorities in Support of Motion to Dismiss**

addressed to the attorney of record,

**Eva Sanders, Pro Se
5027 University Avenue, #9
San Diego, CA 92105**

at the last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day of **April 25, 2008**.

Jill H. Brinton