1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11  EVA SANDERS,                          )   Civil No. 08CV716 L (POR)
                                          )
12              Plaintiff,                )   **ORDER RE: ORAL ARGUMENT**
                                          )
13  v.                                    )
                                          )
14  UNITED STATES POSTAL SERVICE,         )
                                          )
15              Defendant.                )
                                          )
16  _____  )

17        Defendant's motion to dismiss is set for hearing on June 16, 2008.   The Court finds this

18  matter suitable for determination on the papers submitted and without oral argument pursuant to

19  Civil Local Rule 7.1(d)(1).  Accordingly, no appearances are required.

20        Plaintiff is advised that compliance with the Civil Local Rules is required notwithstanding

21  her *pro se* status.  Plaintiff's attention is directed to Civil Local Rule 7.1(e.2):

22              [E]ach party opposing a motion ... shall file that opposition ... with the clerk and
                serve the ... movant's attorney not later than 14 *calendar* days prior to the noticed
23              hearing.

24  CIV. L. R. 7.1(e.2)(emphasis in original).

25  / / /

26  / / /

27  / / /

28  / / /

1      Plaintiff should also be aware that if she fails to file an opposition within the time

2  limitation noted above, the Court may construe that failure as a consent to the granting of the

3  motion.  CIV. L.R. 7.1(f.3.c)

4      **IT IS SO ORDERED.**

5  DATED:  May 23, 2008

6

7                       M. James Lorenz
                       United States District Court Judge

8  COPY TO:

9  HON. LOUISA S. PORTER
    UNITED STATES MAGISTRATE JUDGE

10

11  ALL PARTIES/COUNSEL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv716