# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Eva Sanders

                V.                    **JUDGMENT IN A CIVIL CASE**

United States Postal Service

                                 **CASE NUMBER:**    08-CV-716-L (POR)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Defendant's motion to dismiss this action is **GRANTED WITH PREJUDICE.**

| June 12, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Jenkins
(By) M. Jenkins, Deputy Clerk

ENTERED ON June 12, 2008